**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES LEWIS HOPKINS**                                                      **PLAINTIFF**
*ADC #185090*

**v.**                                          **NO. 4:26-cv-00483-JM-PSH**

**JAMES BECK,** *et al.*                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Hopkins' claims brought under the ADA or RA are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 9th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE